IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CL1 PHILADELPHIA, LLC,  *Plaintiff,*  v.  NATIONAL APOSTOLATE OF MARONITES,  *Defendant.* | CIVIL ACTION  NO. 22-1659 |

# ORDER

**AND NOW**, this 21st day of March 2023, upon consideration of Plaintiff's Complaint (ECF 1), Defendant's Motion to Dismiss (ECF 7), Plaintiff's Response in Opposition (ECF 12) and Defendant's Reply (ECF 14), it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.